IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHRISTINE L. UPSHAW,                  )
                                      )
              Plaintiff,              )
                                      )
      v.                              )        CIVIL ACTION NO. 3:96cv1472-MHT
                                      )        [wo]
JO ANNE B. BARNHART,                  )
COMMISSIONER OF SOCIAL SECURITY,      )
                                      )
              Defendant.              )

**<u>ORDER</u>**

Upon consideration of the Recommendation of the Magistrate Judge,  filed on April 12, 2006, pursuant to the parties' concurrence , the court is of the opinion that the Recommendation should be, and is hereby,  adopted.  It is, therefore,  the ORDER, JUDGMENT and DECREE of the court that:

1.      Plaintiff's attorney's motion for an award of attorney fees under 42 U.S.C. § 406(b) filed on March 15, 2006 (Doc. 37), is granted.

2.      Petitioner John F. Cameron, Esq. is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of his total, uncontested, request of $ 13,500.00.

3.      Petitioner  Cameron shall refund forthwith to plaintiff Christine L. Upshaw the amount of $ 6,443.93 previously paid to petitioner Cameron as an award of fees under the Equal Access to Justice Act.

Done this 17th day of April, 2006.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE